THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAVINIA LALLY et al., Respondents, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*People ex rel. Lally* v. *N. Y. C. & H. R. R. R. Co.,* 127 App. Div. 917, appeal dismissed.

(Argued November 9, 1908; decided November 24, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 9, 1908, which affirmed an order of Special Term granting a motion to amend a final order on an application for an alternative writ of mandamus by adding thereto a provision allowing the relator costs and disbursements.

*George H. Walker* and *Ira A. Place* for appellant.

*Lavinia Lally* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.